Stephen M. Orlofsky
David C. Kistler
New Jersey Resident Partners
BLANK ROME LLP
301 Carnegie Center, 3d Floor
Princeton, NJ 08540
Telephone: (609) 750-7700

**OF COUNSEL:**
William C. Jackson
Richard S. Meyer
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015

Douglas Carsten
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff*
*United Therapeutics Corporation*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANDOZ, INC., et al.<br><br>Defendant. | Civil Action Nos.  3:13-cv-00316-PGS-LHG<br>3:12-cv-01617-PGS-LHG<br><br>*Electronically Filed*<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF RACHEL J. GALLAGHER** |

  The undersigned, Rachel J. Gallagher, Esquire, hereby withdraws her appearance as counsel for Plaintiff in the above-captioned matter.

                Respectfully submitted,

Dated:  March 20, 2015       */s/ Rachel J. Gallagher*
                Rachel J. Gallagher, Esquire
                301 Carnegie Center, 3rd Floor
                Princeton, NJ  08540
                Telephone: (609) 750-2990
                Facsimile: (609) 897-7441
                RGallagher@BlankRome.com